**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:17-cr-241-MOC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MICHAEL JEROME WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Reduce Sentence,

(Doc. No. 28), and on defendant's Motion to Appoint Counsel, (Doc. No. 30).

### ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a

response to defendant's motions.

Signed: December 11, 2020

Max O. Cogburn Jr.
United States District Judge